UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHYM ALBERT QUINONES SANTANA (A-249-252-380),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITYDETENTION CENTER,<br>Respondent. | No. 1:26-cv-5012 TLN CSK<br><br>ORDER |

Petitioner is an immigration detainee proceeding without counsel. On July 29, 2026, respondent filed a status report along with a copy of the July 28, 2026 order by an immigration judge ordering petitioner removed to Peru. (ECF No. 8-1.) The July 28, 2026 order confirms both parties waived their appeal rights. (Id. at 4.) On August 7, 2026, petitioner filed a request to withdraw his petition, which was entered on the Court's docket on August 10, 2026. (ECF No. 11.) On August 10, 2026, petitioner was given fourteen days to file a supplemental brief addressing respondent's status report and detention arguments. (ECF No. 12.) Petitioner did not file a supplemental brief, and respondent has not objected to petitioner's request for voluntary dismissal of this action. (See Docket.) Good cause appearing, petitioner's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for voluntary dismissal (ECF No. 11) is granted.

2. The Clerk of the Court is directed to terminate all pending motions and close this case.

Dated: August 25, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/quin5012.41a